PROB 34
(3/07)

**Report and Order Terminating Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

District of Guam

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY W. HERR | CRIMINAL CASE NO. 03-00014-002 |

    It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **March 30, 2007**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

                                                            Respectfully submitted,

                                                            FRANK MICHAEL CRUZ
                                                             Chief U.S. Probation Officer

By:  /s/ CARMEN D. O'MALLAN
                                   U.S. Probation Officer Specialist

Reviewed by:

 /s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    Marivic P. David, AUSA
       Samuel S. Teker, Defense Counsel
       File

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.