ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR 18 2007
MARY L.M. MORAN
CLERK OF COURT

1 HERR_G.taxgar

2 LEONARDO M. RAPADAS
United States Attorney
3 MARIVIC P. DAVID
Assistant U.S. Attorney
4 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 Hagåtña, Guam 96910
TEL: (671) 472-7332
6 FAX: (671) 472-7215

7 Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 03-00014 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATED MOTION FOR A WRIT OF GARNISHMENT** (TAX YEAR 2006) |
| GARY WILLIAM HERR, | ) |
| Defendant, | ) |
| DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, | ) |
| Garnishee. | ) |

WHEREAS Defendant, GARY WILLIAM HERR, P.O. Box XXXX, Tamuning, Guam 96931, Social Security Number XXX-XX-2015, has requested that any income tax refund including tax year 2006 payable to him from the Department of Revenue and Taxation, Government of Guam, be made payable to the Clerk, U.S. District Court of Guam for payment toward his restitution that is due and owing;

//

//

//

Plaintiff, UNITED STATES OF AMERICA, and Defendant, GARY WILLIAM HERR, hereby jointly move the Court for an order of writ of garnishment on the income tax refund including tax year 2006 account of Defendant, GARY WILLIAM HERR.

Plaintiff further requests that any overpayment be refunded to defendant.

Dated: 3/26/07

GARY WILLIAM HERR
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 4-18-07     By:

MARIVIC P. DAVID
Assistant U.S. Attorney

APPROVED:

F. MICHAEL CRUZ
Chief Probation Officer
Districts of Guam and the NMI

By:

CARMEN D. O'MALLAN
U.S. Probation Officer