ORIGINAL

HERR_G.taxsvc

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

MAY -3 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GARY WILLIAM HERR, ) <br> ) <br> Defendant, ) <br> _____ ) <br> ) <br> DEPARTMENT OF REVENUE ) <br>    AND TAXATION, ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Garnishee. ) | CRIMINAL CASE NO. 03-00014 <br><br> **CERTIFICATE OF SERVICE** |

    I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed or electronically filed copies of the following: **Stipulated Motion for a Writ of Garnishment (Tax Year 2006)** and **Writ of Garnishment (Tax Year 2006)** were sent to the defendant and garnishee by mail on _May 3, 2007_.

_/s/ Michelle Perez_
MICHELLE PEREZ